IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

LAKESHA CHANTELL LEWIS,

     Appellant,

                              Case No. 5D21-2088
  v.                         LT Case No. 2017-CF-008694-BO

STATE OF FLORIDA,

     Appellee.
_____/

Decision filed April 19, 2022

Appeal from the Circuit Court
for Orange County,
Bob Leblanc, Judge.

Matthew J. Metz, Public Defender, and Andrew
Mich, Assistant Public Defender, Daytona
Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Douglas T. Squire, Assistant Attorney
General, Daytona Beach, for Appellee.


PER CURIAM.

    AFFIRMED.


EVANDER, HARRIS and NARDELLA, JJ., concur.